QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ZACHARY MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br>                                     )<br>                                     )<br> ZACHARY MATTHEWS,                   )<br>                                     )<br>            Defendant.               )<br>  _____  | NO. CR.S-05-028-FCD<br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: November 28, 2005<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, that the status conference hearing date of November 14, 2005 shall be vacated and a status conference scheduled for November 28, 2005 at 9:30 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

November 28, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: November 10, 2005.                    Respectfully submitted,

                                             QUIN DENVIR
                                             Federal Public Defender


DATED: November 10, 2005.                    /s/ MARK J. REICHEL for
                                             MARK J. REICHEL
                                             Assistant Federal Defender


                                             McGREGOR SCOTT
                                             United States Attorney


DATED: November 10, 2005.                    /s/ MARK J. REICHEL for
                                             MATHEW STEGMAN
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


# O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: November 10, 2005                    /s/Frank C. Damrell, Jr.
                                            FRANK C. DAMRELL
                                            United States District Judge