QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ZACHARY MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,       )<br>                              )<br>    v.                        )<br>                              )<br>                              )<br>                              )<br>ZACHARY MATTHEWS,             )<br>                              )<br>            Defendant.        )<br>_____) | NO. CR.S-05-028-FCD<br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: December 19, 2005<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, that the status conference hearing date of December 12, 2005 shall be vacated and a status conference scheduled for December 19, 2005 at 9:30 a.m.

    This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

December 19, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: December 9,2005.                Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Public Defender

DATED: December 9, 2005.                /s/ MARK J. REICHEL for
                                              MARK J. REICHEL
                                              Assistant Federal Defender

                                              McGREGOR SCOTT
                                              United States Attorney

DATED: December 9, 2005.                /s/ MARK J. REICHEL for
                                              MATHEW STEGMAN
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: December 9, 2005

                                              /s/ Frank C. Damrell Jr.
                                              FRANK C. DAMRELL JR.
                                              United States District Judge