QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ZACHARY MATTHEWS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-05-028-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| ZACHARY MATTHEWS, | ) | |
| | ) | Date: January 23, 2006 |
| Defendant. | | Time: 9:30 a.m. |
| _____ | | Judge: Hon. Frank C. Damrell |


IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, that the status conference hearing date of December 19, 2005 shall be vacated and a status conference scheduled for January 23, 2006 at 9:30 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

1   January 23, 2006, should be excluded in computing the time within which

2   trial must commence under the Speedy Trial Act, pursuant to Title 18

3   U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

4   DATED:  December 16,2005.                    Respectfully submitted,

5                                                QUIN DENVIR
                                                 Federal Public Defender
6

7
8   DATED: December 16, 2005.                    /s/ MARK J. REICHEL for
                                                 MARK J. REICHEL
9                                                Assistant Federal Defender

10                                               McGREGOR SCOTT
                                                 United States Attorney
11

12
13  DATED: December 16, 2005.                    /s/ MARK J. REICHEL for
                                                 MATHEW STEGMAN
14                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff

15

16  _____ O R D E R

17      **IT IS SO ORDERED.**

18
19  DATED:  December 16, 2005              /s/ Frank C. Damrell Jr.
                                           FRANK C. DAMRELL JR.
20                                         United States District Judge

21

22

23

24

25

26

27

28

2