DENNIS S. WAKS, Bar #142581
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ZACHARY MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>ZACHARY MATTHEWS,<br>            Defendant. | NO. CR.S-05-028-FCD<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: February 13, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of January 23, 2006 shall be vacated and a status conference scheduled for February 13, 2006 at 9:30 a.m.

   This continuance is requested as above defense counsel has recently been assigned this case and needs additional time to review discovery with the defendant, to examine possible defenses, and to negotiate a plea agreement with the government and discuss it with Mr. Matthews.  Accordingly, all counsel and the defendant agree that time

under the Speedy Trial Act from the date this stipulation is lodged, through February 13, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: January 19, 2006.                    Respectfully submitted,

                                            DENNIS S. WAKS
                                            Federal Public Defender


                                            /s/ RACHELLE BARBOUR
                                            RACHELLE BARBOUR
                                            Assistant Federal Defender


                                            McGREGOR SCOTT
                                            United States Attorney


DATED: January 19, 2006.                    /s/ RACHELLE BARBOUR for
                                            MATHEW STEGMAN
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: January 23, 2006          /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL JR.
                                 United States District Judge

2