DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ZACHARY MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )
                              ) NO. CR. S-05-028-FCD
           Plaintiff,         )
                              )
     v.                       )
                              )   **STIPULATION AND ORDER;**
                              )   **EXCLUSION OF TIME**
                              )
ZACHARY MATTHEWS,             )
                              ) Date: February 28, 2006
           Defendant.         ) Time: 9:30 a.m.
_____) Judge: Hon. Frank C. Damrell

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of February 13, 2006 shall be vacated and a status conference scheduled for February 28, 2006 at 9:30 a.m.

   This continuance is requested as above defense counsel needs additional time to review discovery with the defendant, to examine possible defenses, and to negotiate a plea agreement with the government and discuss it with Mr. Matthews.  Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the

date this stipulation is lodged, through February 28, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 10, 2006.                    Respectfully submitted,

                                                        DANIEL J. BRODERICK
                                                        Acting Federal Defender

                                                        /s/ RACHELLE BARBOUR
                                                        RACHELLE BARBOUR
                                                        Assistant Federal Defender

                                                        McGREGOR SCOTT
                                                        United States Attorney

DATED: February 10, 2006.             /s/ RACHELLE BARBOUR for
                                                        MATHEW STEGMAN
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The status conference hearing date of February 13, 2006 shall be vacated and a status conference scheduled for February 28, 2006 at 9:30 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 10, 2006

                                                        /s/ Frank C. Damrell Jr.
                                                        FRANK C. DAMRELL JR.
                                                        United States District Judge