1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ZACHARY MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | NO. CR.S-05-028-FCD |
| Plaintiff,       ) | |
| ) | |
| v.       ) | |
| ) | **STIPULATION AND ORDER;** |
| ) | **EXCLUSION OF TIME** |
| ) | |
| ZACHARY MATTHEWS,       ) | |
| ) | Date: March 20, 2006 |
| Defendant.       ) | Time: 1:30 p.m. |
| _____ ) | Judge: Hon. Frank C. Damrell |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of March 13, 2006 shall be vacated and a status conference scheduled for March 20, 2006 at 1:30 p.m.

   This continuance is requested because government's counsel will be unavailable at the current status conference because he will be in San Francisco before the Ninth Circuit Court of Appeal.  Both counsel must discuss the case and provide the Court with a new plea agreement. Accordingly, all counsel and the defendant agree that time under the

1  Speedy Trial Act from the date this stipulation is lodged, through
2  March 20, 2006, should be excluded in computing the time within which
3  trial must commence under the Speedy Trial Act, pursuant to Title 18
4  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
5  DATED: March 9, 2006.                    Respectfully submitted,
6                                           DANIEL J. BRODERICK
                                            Acting Federal Defender
7

8
                                            /s/ RACHELLE BARBOUR
9                                           RACHELLE BARBOUR
                                            Assistant Federal Defender
10

11                                          McGREGOR SCOTT
                                            United States Attorney
12

13
   DATED: March 9, 2006.                    /s/ RACHELLE BARBOUR for
14                                          MATHEW STEGMAN
                                            Assistant U.S. Attorney
15                                          Attorney for Plaintiff

16

17  _____**O R D E R**_____

18     **IT IS SO ORDERED.**

19
    DATED: March 13, 2006               /s/ Frank C. Damrell Jr.
20                                      FRANK C. DAMRELL JR.
                                        United States District Judge
21

22

23

24

25

26

27

28

2